THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID H. BERGMAN, Appellant.— Motion to direct filing of copy of grand jury minutes denied. Motion to enlarge time granted upon condition that appellant perfect the appeal for the October term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY MARTUCCI, Appellant.— Motion for reargument granted and upon reargument motion to dismiss appeal denied and motion to enlarge time granted upon condition that appellant perfect the appeal for the June term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRISON PARKER and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PENNESTRI and LUCIA PENNESTRI, Appellants.— Motion for reargument granted and upon reargument motion to dismiss appeal denied and motion to enlarge time granted upon condition that appellants perfect the appeal for the October term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL RICHETTI, Appellant.— Motion for reargument granted and upon reargument motion to dismiss appeal denied and motion to enlarge time granted upon condition that appellant perfect the appeal for the June term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE VIGNOLA, Appellant.— Motion for reargument granted and upon reargument motion to dismiss appeal denied and motion to enlarge time granted upon condition that appellant perfect the appeal for the June term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. W. MEAGHER and ANNA MARTIN RALSTON, Respondents, v. CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FELICE SPINELLI, Also Known as P. SPINELLI, Appellant, v. WILLIAM E. WALSH and Others, etc., Respondents, and LENA GILMAN, Intervenor, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.